IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR109-1-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| FRANCISCO CURBELO ) | |
| _____) | |

This matter is before the court upon the latest *pro se* motion filed by the defendant titled "Motion to Evidentiary Hearing and Reconsideration of Pro se defendant motion on the claim of ineffective assistance of counsel." Any claims by the defendant for ineffective assistance of counsel are not properly before this court and must be raised on appeal after sentencing and the issuance of a Judgment. Accordingly,

IT IS THEREFORE ORDERED that defendant's motion of May 9, 2005 is hereby DENIED.

**Signed: July 27, 2005**

Graham C. Mullen
Chief United States District Judge