# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:99CR109

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | **ORDER** |
| **FRANCISCO CURBELO,** ) | |
| Defendant. ) | |
| ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter, dated July 21, 2005, from Francisco Curbelo, to United States Magistrate Judge David C. Keesler (the "Letter").[1] In the Letter, Mr. Curbelo, who is currently in custody, appears to request both a transfer to the Mecklenburg County Jail and a bond review hearing.

The record reflects that Mr. Curbelo is represented by appointed counsel, Richard Andrew Culler. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Curbelo has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Curbelo's request for a jail transfer and a bond review hearing is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Culler.

The Clerk of Court is directed to send a copy of the Letter to Mr. Culler, along with his copy of this Order.

**IT IS SO ORDERED.**

---

[1] The Letter was received via mail on July 28, 2005.

**Signed: August 1, 2005**

David C. Keesler
United States Magistrate Judge