**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

FILED
CHARLOTTE, N. C.

AUG 2 6 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:99CR109-1-Mu |
| vs. | **ORDER** |
| FRANCISCO CURBELO | |
| Defendant. | |

**THIS MATTER** coming on to be heard before the Court on the request of counsel of record for the Defendant for permission to withdraw as lead attorney in the above-captioned matter. Based upon the grounds set forth in the motion, the Court finds that a conflict of interest exists with respect to counsel's continued representation of the Defendant in this case. Therefore, the interests of justice support the request for relief by counsel and he shall be permitted to withdraw.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Richard A. Culler shall be permitted to withdraw as attorney for the Defendant. **IT IS FURTHER ORDERED** that a hearing shall be held to determine whether new counsel or standby counsel should be appointed to represent the Defendant in this case.

This, the 23rd day of August, 2005.

*/s/ Graham C. Mullen*
GRAHAM C. MULLEN
Chief United States District Judge