IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR109-01-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRANCISCO CURBELO | ) | |
| | ) | |

    This matter is before the court upon the *pro se* defendant's "Motion to bail hearing and adequate medical attention." This defendant has previously filed numerous *pro se* motions similar to the present one. The court has previously asked the Marshals Service to investigate most of the defendant's complaints. The court finds the present motion without merit.

    IT IS THEREFORE ORDERED that defendant's motion is hereby DENIED and defendant is hereby directed to stop filing any further motions *pro se*.

**Signed: September 15, 2005**

Graham C. Mullen
Chief United States District Judge