**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**NO: 3:99CR109**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>Plaintiff )<br> )<br>vs. )<br> )<br>**FRANCISCO CURBELO,** )<br>Defendant. )<br> )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter, dated November 5, 2005 and addressed to the undersigned (the "Letter"). In the Letter, Francisco Curbelo asks for a bond review hearing. On September 15, 2005, the Honorable Graham C. Mullen entered an Order in which he instructed Mr. Curbelo to "stop filing any further motions *pro se.*" As the undersigned noted in a separate Order entered September 19, 2005, Mr. Curbelo is represented by appointed counsel and – if Mr. Curbelo has any matters that he wishes this Court to consider – they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that the motion for bond review contained in the Letter is **DENIED**.

**Signed: November 8, 2005**

---
David C. Keesler
United States Magistrate Judge