IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR109-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FRANCISCO CURBELO (1) ) | |

**THIS MATTER** is before the Court on Defendant's letter motion that the Court make a recommendation to the Bureau of Prisons that Defendant be screened and treated for drug abuse. [doc. 344].

This motion is **GRANTED.** A new J&C is to be prepared to include this Court's recommendation that Defendant receive drug abuse screening and treatment.

**IT IS SO ORDERED.**

Signed: March 24, 2009

Graham C. Mullen
United States District Judge